IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH LEE SULLIVAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| BOROUGH OF HELLERTOWN AND CHRISTOPHER RYAN, | : | NO. 02-cv-8885 |
| Defendants | | |

### **O R D E R**

AND NOW, this   day of May, 2003, it is hereby **ORDERED** and **DECREED** that the Defendants shall file a pleading in response to the Plaintiff's complaint on or before June 4, 2003.

**BY THE COURT:**

Legrome D. Davis, Judge